**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

|  |  |
|---|---|
| **ORLANDRA WALLER,**<br>        Plaintiff,<br><br>vs.<br><br>**CURRIE MOTORS; and DOES 1**<br>**through 10, inclusive,**<br><br>        Defendants. | Civil Action No.:<br>**2:13-cv-00189-RL-PRC** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## BETWEEN PLAINTIFF AND DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff ORLANDRA WALLER, hereby

voluntarily dismisses her claims against Defendants CURRIE MOTORS; and DOES 1 through

10, inclusive.  Plaintiff ORLANDRA WALLER, by counsel, and Defendant, CURRIE

MOTORS, by counsel, hereby stipulate and agree that all of Plaintiff's claims against CURRIE

MOTORS should be dismissed, with prejudice, with each party to bear its own costs and

///

///

///

///

///

///

///

///

1

attorneys' fees.


DATED: August 30, 2013

RESPECTFULLY SUBMITTED,

By: /s/ Scott E. Racop
Scott E. Racop, Esq.
RACOP LAW OFFICES, P.C.
3031 Poplar Street
Terre Haute, IN 47803
Tel: (812) 238-0440
Fax: (812) 238-0973
Email: racoplaw@aol.com
*Attorney for Plaintiff,*
*Orlandra Waller*

RESPECTFULLY SUBMITTED,

By: /s/ Paige C Donaldson
Paige C Donaldson
Sanchez Daniels & Hoffman LLP
333 W Wacker Drive Suite 500
Chicago, IL 60606
312-641-1555
Fax: 312-641-3004
Email: pdonaldson@sanchezdaniels.com

*Attorney for Defendant,*
*Currie Motors*

2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **ORLANDRA WALLER,**<br>        Plaintiff,<br><br>vs.<br><br>**CURRIE MOTORS; and DOES 1**<br>**through 10, inclusive,**<br><br>        Defendants. | **Civil Action No.:**<br>**2:13-cv-00189-RL-PRC** |

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH**
**PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff,

ORLANDRA WALLER, against CURRIE MOTORS; and DOES 1 through 10, inclusive, are

dismissed, with prejudice. Plaintiff, ORLANDRA WALLER, and Defendants CURRIE

MOTORS; and DOES 1 through 10, inclusive, shall each bear their own costs and attorneys'

fees.

IT IS SO ORDERED.

DATED:_____        _____

District Court Judge
Northern District of Indiana

3